# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE RAY STRONG,<br><br>　　　　　Petitioner,<br>　　　vs.<br>MATTHEW CATE, Warden,<br>　　　　　Respondent.<br>_____ | Case No. CV 09-9281 JAK (MRW)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: April 12, 2012　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE